UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       Case No. 1:99-cr-1-07

JOHNNY VALENTINE,                                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on defendant Johnny Valentine's motion for early termination of supervised release (ECF No. 1078). A review of the court records reflects defendant was sentenced to 292 months imprisonment following his conviction for conspiracy to distribute and possess with intent to distribute cocaine, cocaine base, and marijuana. He was also sentenced to five years of supervised release. In July 2020, the sentence was reduced to time served pursuant to the First Step Act of 2018. The term of supervised release was reduced to three years. His term of supervision began on July 28, 2020. In the motion, defendant states he is gainfully employed, has paid his court-ordered financial obligations, participated in substance abuse testing and treatment without incident, has the support of family, and is without formal violation during the term of supervised release.

Supervised release and the termination of a term of supervised release are authorized by statute, 18 U.S.C. § 3583.  The decision to terminate a term of supervised release falls within the discretion of the district court.  United States v. Spinelle, 41 F.3d 1056, 1060 (6th Cir. 1994).  In exercising that discretion, the district court must consider the § 3553 factors and also find that early termination of supervised release is warranted by the defendant's conduct and that the early termination is in the interest of justice.  United States v. Suber, 75 F.App'x 442, 444 (6th Cir. 2003).

The Court has considered the defendant's conduct during his term of supervision to date, the § 3553 factors, consulted the probation officer, and finds the interests of justice warrant termination of supervision prior to the original expiration date.  As such, defendant's motion is GRANTED.  Defendant is discharged from supervised release as of the date of this order.

IT IS SO ORDERED.

Dated:  October 21, 2021               /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge